

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2020

No. 04-20-00058-CV

**IN THE MATTER OF THE ESTATE OF KENNETH CURTIS ANDREWS, DECEASED**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-04-0239-CVW
Honorable Sid L. Harle, Judge Presiding

# O R D E R

After this court granted the court reporter's first request for an extension of time to file the reporter's record, it was due on March 19, 2020. *See* TEX. R. APP. P. 35.1. After the due date, court reporter Karen Schoeve filed a second notification of late reporter's record. She provided a status report but did not request a specific number of days' extension.

The request is GRANTED. The reporter's record is due on April 20, 2020. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by April 20, 2020, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2020.



Michael A. Cruz,
Clerk of Court